# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
  **Jeffrey Lathoria Verdell**
  **Yvonne Monique Morris Verdell**

SS# xxx-xx-3367
SS# xxx-xx-8357
    Debtor(s)

**NOTICE TO CREDITORS**
**AND**
**PROPOSED PLAN**

Case No. **17-50852**

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **August 11, 2017**.

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1. <u>Payments to the Trustee</u>:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$1,710.00**, for distribution to creditors after payment of costs of administration.

2. <u>Payments made directly to creditors</u>:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | -NONE- | |

3. <u>Disbursements by the Trustee</u>:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

  (A) The following priority claims shall be paid in full by means of deferred payment:
    **Internal Revenue Service**
    **NC Dept. of Revenue**

  (B) The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **Allegacy Federal Credit Union - 2nd lien** | 3435 Williston Road Walkertown, NC Market Value= $55,500.00 | $221.52 |
| **Wells Fargo Home Mortgage Inc. - 1st lien** | 3435 Williston Road Walkertown, NC Market Value= $55,500.00 | $272.49 |

  (C) The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **Acceptance Now** | Refrigerator  Market Value= $2,400.00 | $2,400.00 @ 6% prorata |
| **Summit Credit Union** **PMSI and cross-collateralization** | 2010 Chrysler Town & Country Touring 150,000+ miles Market Value= $6,730.00 | AP = $65.00 $6,730.00 @ 6% prorata |
| **Summit Credit Union** | 2010 Chevrolet Suburban LTZ 1500 4WD 145,000+ miles Market Value= $18,270.00 | AP = $180.00 $21,150.00 @ 6% prorata |

  (D) The following co-signed claims shall be paid in full by monthly payments:
    -NONE-

(E) The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **Allegacy Federal Credit Union** | **3435 Williston Road Walkertown, NC** | **$1,550.00 prorata**<br>**(Includes payments due through 10/2017.)** |
| **Wells Fargo Home Mortgage Inc.** | **3435 Williston Road Walkertown, NC** | **$3,000.00 prorata**<br>**(Includes payments due through 10/2017. )** |

(F) After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __0__ %.

4. Property to be surrendered: The following property will be returned to the secured creditor:

| Creditor | Collateral |
|---|---|
| **-NONE-** | |

(name of creditor and description of property)

5. The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| **Acceptance Now** | **Rent-to-own contract - lessee** | **See #3.c above** |

6. Other proposed provisions are as follows:
   **- Debtor(s) shall make direct Plan payments.**

Date: 08/11/2017

/s/ Wendell "Wes" Schollander, III
**Wendell "Wes" Schollander, III NC28062**
Attorney for the Debtor
Address:  **2000 W. First Street, Suite 308**
          **Winston-Salem, NC 27104**
Telephone: **336-727-0900**
State Bar No.  **NC28062**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                                                        )
    **Jeffrey Lathoria Verdell**                              )  **NOTICE TO CREDITORS**
    **Yvonne Monique Morris Verdell**                         )  **AND**
                                                              )  **PROPOSED PLAN**
SS#  **xxx-xx-3367**                                                   )
SS#  **xxx-xx-8357**                                                   )  Case No. _____
         Debtor(s)                   )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Acceptance Now**
**aka Rent-A-Center East Inc.**
**801 Silas Creek Pkwy**
**Winston Salem, NC 27127**

**Allegacy Federal Credit Union**
**PO Box 26043**
**Winston Salem, NC 27114**

**Bank of America - Credit Card**
**Attn: Bankruptcy**
**PO Box 982235**
**El Paso, TX 79998**

**Belk/Synchrony Bank**
**Bankruptcy Notice**
**PO Box 965060**
**Orlando, FL 32896-5060**

**Bull City Financial Solutions**
**2608 N Duke St, Ste 500**
**Durham, NC 27704**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

**Cavalry Portfolio Services**
**Assignee SynchronyBank/Belk**
**500 Summit Lake Dr, Ste 400**
**Valhalla, NY 10595**

**Coastal Federal Credit Union**
**PO Box 58429**
**Raleigh, NC 27658**

**Credit One Bank**
**Bank Card Center**
**PO Box 98873**
**Las Vegas, NV 89193-8873**

**David R. Heath, DDS**
**PO Box 545**
**Walkertown, NC 27051**

Davie Medical Center
c/o Firstpoint Coll Resources
P.O. Box 26140
Greensboro, NC 27402

DNF Associates LLC
assignee Kay/Sterling Jewelers
352 Sonwil Drive
Buffalo, NY 14225

eCast Settlement, Assignee
CitiFinancial Inc.
PO Box 29262
New York, NY 10087-9262

Fingerhut Credit/WebBank
PO Box 1250
Saint Cloud, MN 56395-1250

Forsyth County Clerk of Court
Re File #17-cvd-4723
P.O. Box 20099
Winston Salem, NC 27120

Forsyth County Clerk of Court
Foreclosure 17-sp-782
P.O. Box 20099
Winston Salem, NC 27120

Forsyth County Tax Collector
P.O. Box 82
Winston Salem, NC 27102

Forsyth Medical Center
Novant Health Inc.
P.O. Box 11549
Winston Salem, NC 27116

Geico Indemnity Co.
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers/Sterling Jewelers Inc.
PO Box 3680
Akron, OH 44309-3680

Kohl's/Capital One NA
Attn:  Bankruptcy
P.O. Box 3043
Milwaukee, WI 53201

Lowe's/Synchrony Bank
Bankruptcy Notice
PO Box 965060
Orlando, FL 32896-5060

Macy's/Dept. Stores Nat'l Bank
Bankruptcy Notice
PO Box 8053
Mason, OH 45040

Mason Easy-Pay
PO Box 2808
Monroe, WI 53566-8008

Member Solutions
330 S Warminster Rd, Ste 358
Hatboro, PA 19040

**Midland Funding LLC**
**assignee Credit One Bank**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee SychronyBank/WalMart**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee Verizon**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee Comenity Cap. Bank**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee Citibank**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee GEMB/Synchrony**
**PO Box 2011**
**Warren, MI 48090**

**Midland Funding LLC**
**assignee GEMB/Synchrony**
**PO Box 2011**
**Warren, MI 48090**

**Montgomery Ward**
**1112 Seventh Avenue**
**Monroe, WI 53566-1364**

**Nationwide Mutual Insurance Co.**
**P.O. Box 96040**
**Charlotte, NC 28296**

**NC Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640**

**Portfolio Recovery Assocs.**
**assignee Lowes/Synchrony Bank**
**PO Box 12914**
**Norfolk, VA 23541**

**Reginal Finance #653**
**c/o Regional Management Corp.**
**PO Box 776**
**Mauldin, SC 29662**

**Reginald F. Combs, Esq.**
**Reginald F. Combs, P.C.**
**PO Box 24009**
**Winston Salem, NC 27114-4009**

**Rent-A-Center**
**3021 Waughtown Street**
**Winston Salem, NC 27107**

**Shapiro and Ingle LLP**
**Sub. Trustee**
**10130 Perimeter Pkwy, Ste 400**
**Charlotte, NC 28216**

**Sprint Nextel Correspondence**
**Attn:  Bankruptcy Dept.**
**PO Box 7949**

Overland Park, KS 66207-2662

**Strayer University**
**c/o Williams & Fudge**
**PO Box 266**
**Rock Hill, SC 29731-6266**

**Summit Credit Union**
**8210 W. Market Street**
**Greensboro, NC 27409-9679**

**Target/TD Bank**
**c/o Weinstein & Riley PS**
**2001 Western Ave, Ste 400**
**Seattle, WA 98121-3132**

**Titan Indemnity Company**
**c/o Credit Collection Services**
**Two Wells Avenue**
**Newton Center, MA 02459**

**US Auto Credit**
**dba Auto Credit**
**8375 Dix Ellis Trail**
**Jacksonville, FL 32256**

**US Dept of Education**
**Claims Filing Unit**
**PO Box 8973**
**Madison, WI 53708-8973**

**Verizon Wireless**
**500 Technology Dr #550**
**Saint Charles, MO 63304**

**Wake Forest Baptist Health**
**NC Baptist Hospital**
**Medical Center Boulevard**
**Winston Salem, NC 27157**

**Wells Fargo Home Mortgage Inc.**
**Correspondence X2501-01T**
**1 Home Campus**
**Des Moines, IA 50328**

Date:  08/11/2017

/s/ Wendell "Wes" Schollander, III
**Wendell "Wes" Schollander, III NC28062**